IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| T.C. ON BEHALF OF HER MINOR CHILD, S.C., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:17-cv-01098 |
| | ) | Judge Trauger |
| METROPOLITAN GOVERNMENT OF | ) | |
| NASHVILLE AND DAVIDSON COUNTY, | ) | LEAD CASE |
| TENNESSEE, D/B/A METROPOLITAN | ) | |
| NASHVILLE PUBLIC SCHOOLS, | ) | |
| | ) | |
| Defendant. | ) | |

___

| | | |
|---|---|---|
| JOHN DOE AND JANE DOE #1 ON BEHALF OF THEIR MINOR CHILD, JANE DOE #2, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:17-cv-01159 |
| | ) | Judge Trauger |
| METROPOLITAN GOVERNMENT OF | ) | |
| NASHVILLE AND DAVIDSON COUNTY, | ) | Member Case |
| TENNESSEE, D/B/A METROPOLITAN | ) | |
| NASHVILLE PUBLIC SCHOOLS, | ) | |
| | ) | |
| Defendant. | ) | |

___

| | | |
|---|---|---|
| SALLY DOE ON BEHALF OF HER MINOR CHILD, SALLY DOE #2, | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:17-cv-01209 |
| | ) | Judge Trauger |
| METROPOLITAN GOVERNMENT OF | ) | |
| NASHVILLE AND DAVIDSON COUNTY, | ) | Member Case |
| TENNESSEE, D/B/A METROPOLITAN | ) | |
| NASHVILLE PUBLIC SCHOOLS, | ) | |
| | ) | |
| Defendant. | ) | |

| | |
|---|---|
| MARY DOE #1 ON BEHALF OF HER MINOR CHILD, MARY DOE #2, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>METROPOLITAN GOVERNMENT OF )<br>NASHVILLE AND DAVIDSON COUNTY, )<br>TENNESSEE, D/B/A METROPOLITAN )<br>NASHVILLE PUBLIC SCHOOLS, )<br>)<br>Defendant. ) | Civil No. 3:17-cv-01277<br>Judge Trauger<br><br>Member Case |

## ORDER

The plaintiffs' Motion for Additional Time to Respond to Defendant's four motions for summary judgment (Docket No 90) is GRANTED. The plaintiffs may have an extension until March 22, 2019 within which to file their responses. Any replies shall be filed by March 29, 2019.

It is so **ORDERED**.

ENTER this 5th day of March 2019.

_____
ALETA A. TRAUGER
U.S. District Judge